THOMAS E. WINNER
Nevada Bar No. 5168
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@awslawyers.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE YOUNGBLOOD,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; STATE FARM FIRE AND CASUALTY COMPANY; and DOES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:14-cv-00590-JAD-PAL<br>DEPT. NO.:<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Elizabeth J. Foley and William Brenske, attorneys for the Plaintiff, STEPHANIE YOUNGBLOD, and Thomas E. Winner, attorney for Defendant, STATE FARM FIRE AND CASUALTY COMPANY, that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

///
///
///
///
///
///

656246.DOCX

IT IS FURTHER STIPULATED THAT the trial date of July 14, 2015 at the hour of 9:00 a.m. be vacated in the above referenced matter.

DATED this 30th day of April, 2015.

ATKIN WINNER & SHERROD

_____
Thomas E. Winner
Nevada Bar No. 5168
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorney for Defendant

_____
Elizabeth J. Foley
Nevada Bar No. 1509
601 S. Rancho Drive, Suite A-1
Las Vegas, NV 89106

And

_____
WILLIAM R. BRENSKE
Nevada Bar No. 1806
630 South Third Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff

656246.DOCX

ATKIN WINNER & SHERROD LTD
A NEVADA LAW FIRM

ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED that the trial date of July 14, 2015 is vacated in the above referenced matter.

DATED this 30th day of April, 2015.

DISTRICT JUDGE

Submitted by:

ATKIN WINNER & SHERROD, LTD.

Thomas E. Winner
Nevada Bar No. 5168
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant

Case No.: 2:14-cv-00590-JAD-PAL